January 23, 2015   62,705-03

Aaron L. Sloan                    Clerk
06113915 3E82                     Criminal Court of Appeals
1200 Baker St.                    Austin TX 78711
Houston TX 77002

re: Aaron L. Sloan Cause No,
1428047, 339 Judicial Court.

Greetings:

Please file Application with
Criminal Court of Appeals,

Thank You.

Aaron L. Sloan

This document contains some
pages that-are-of-poor-quality
at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 29 2015

Abel Acosta, Clerk

THE STATE OF TEXAS     IN THE 339th

      VS.        JUDICIAL DISTRICT COURT

Aaron L. Sloan      HARRIS COUNTY, TEXAS

"APPLICATION FOR WRIT OF MANDAMUS"

To The Honorable Judges of The Court of Criminal Appeals.

    Comes now Aaron L. Sloan, Relator in this Cause and files this Application for Writ of Mandamus directing the 339th Judicial District Court Judge Maria Jackson Respondent in this case to Rule on the Motion to Dismiss cause of action and the Motion to Dismiss Court Appointed Attorney and Appoint New Counsel to Act on Behalf of Defendant in cause number 1428047, Styled The State of Texas vs. Aaron L. Sloan in which Relator was charged with the offense of Felon in Possession of Fire Arm. In support of this Application Relator shows the following

I.

    On the 3rd day of June, 2014, and indictment was returned to the 339th District Court of Harris County, Texas, charging the Relator with the offense

of Felon in Possession of Fire Arm, A non-capital offense on the 11th day of May, 2014, Relator was charged with Felon in Possession of Fire Arm, in the 339th District Court.

## II.

The Respondent's failure to act as requested by Relator is a failure to perform a ministerial function, under the facts of the case because Respondent has failed or totally refused to do its ministerial duty.

## III.

The Relator has no adequate remedy at law to pursue the requested relief other than with this application.

## IV.

This Court has Jurisdiction to issue a Writ of Mandamus in this cause under Art. 5, Section 5 of Texas Constitution and artical 4.04 of Code of Criminal Procedure.

Wherefore, premises considered, the Relator prays that this Court grant this application and issue a Writ of Mandamus directing the 339th Judicial District Court, the Respondent in this case to hear the Motions alleged herein and dismiss stated charges.

"Affidavit"

Before me the undersigned athority, on day personally appeared Aaron L. Sloan who after being sworn stated:
"I am Aaron L. Sloan, the Relator in above and numbered cause, have read the attached petition for Writ of Mandamus and swear that the above allegations of fact contained therein are true according to my belief."

_Aaron L. Sloan_
Aaron L. Sloan, Affiant


Subscribed and sworn to before me on this 23 day of January ,2015

_N. Goines_
Notary Public in and for the State of Texas

DECABRIAN COINS
Notary Public
STATE OF TEXAS
Commission Exp. Oct. 31, 2015

## Certificate of Service

This to certify that a copy of the above entitled and numbered motion has been served on the Criminal Court of Appeals and the District Attorney for the 339th Judicial District Court by delivery of a true copy or original to Court of Appeals and copy to District Attorney 339th District Court by delivery of Application either in person or via U.S. Mail deposited on this the _January 23_ day of _January_ month, 2015.

_Aaron L. Sloan_
Aaron L. Sloan

## ORDER

On this _____ day of _____, 2015, came on to be heard by me, the Defendant's Application for Writ of Mandamus and it appears to this Court that this motion should be

Granted _____
Denied _____
And it is so ordered

Page 4 of 4                    Judge Persiding